United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41463
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

VINCENT CARLMEL SELF, also known as Carlmel,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:02-CV-72
USDC No. 4:98-CR-14-24
--------------------

Before BARKSDALE, DeMOSS, AND CLEMENT, Circuit Judges.

PER CURIAM:[*]

Vincent Carlmel Self, federal prisoner # 07049-078, moves
for a certificate of appealability to appeal the denial of his
28 U.S.C. § 2255 motion challenging his conviction for conspiracy
to possess with intent to distribute controlled substances.
Self, however, did not file a timely notice of appeal from the
judgment denying § 2255 relief, see FED. R. APP. P. 4(a)(1)(B),
and the district court did not err in its determination that
Self was not entitled to extend the period for filing a timely

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

notice of appeal under FED. R. APP. P. 4(a)(5),(6).  We are therefore without jurisdiction to entertain the appeal, and it is dismissed.  See Dison v. Whitley, 20 F.3d 185, 186 (5th Cir. 1994).

APPEAL DISMISSED.